**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**In re:**

**DANIEL ROY TUCKER,**                                            Case No. 25-71734-SCS
                                                                                           **Chapter 13**

      **Debtor.**

**NOTICE OF MOTION AND NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that Kelly M. Barnhart, (the "**Trustee**"), the chapter 13 trustee appointed to serve in the bankruptcy case of Daniel Roy Tucker (the "**Debtor**"), has filed a motion to dismiss case (the "**Motion**"), a copy of which is attached.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

    File with the Bankruptcy Court, at the address shown below, a written response pursuant to Local Rule 9013-1(M)(3) of the Local Rules of Practice of the United States Bankruptcy Court for the Eastern District of Virginia, **BY NOT LATER THAN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF YOU WISH TO MAIL YOUR RESPONSE TO THE COURT, MAIL IT EARLY ENOUGH SO THE COURT MAY RECEIVE IT BEFORE EXPIRATION OF THE 21-DAY PERIOD.**

Clerk of Court
United States Bankruptcy Court
600 Granby St., Room 400
Norfolk, VA 23510

Kelly M. Barnhart, VSB No. 65246
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
Telephone – (757) 233-8294 and (757) 226-0287
Facsimile - (757) 333-3434
kbarnhart@kmbch13.com

You must also send a copy of such response to:

Kelly M. Barnhart
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435

**UNDER LOCAL BANKRUPTCY RULE 9013-1(M)(3), UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THE MOTION IS SCHEDULED FOR <u>OCTOBER 9, 2025</u>, AT <u>10:00 AM</u> (EST) AT JUDGE ST. JOHN'S COURTROOM, UNITED STATES BANKRUPTCY COURT, 4TH FLOOR, COURTROOM ONE, 600 GRANBY STREET, NORFOLK, VIRGINIA 23510.**

Dated: September 9, 2025                    **Kelly M. Barnhart**
                                            **Chapter 13 Trustee**

                                            */s/Kelly M. Barnhart*

Kelly M. Barnhart, VSB No. 65246
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
Telephone – (757) 233-8294 and (757) 226-0287
Facsimile - (757) 333-3434
kbarnhart@kmbch13.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, the foregoing Notice of Motion and Notice of Hearing are being served via the Court's CM/ECF/NextGen system to all registered users who have been designated to receive filings in this case, including counsel for the Debtor, Steve C. Taylor, Esquire.

                                            */s/Kelly M. Barnhart*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**In re:**

**DANIEL ROY TUCKER,**                               **Case No. 25-71734-SCS**
                                                                                  **Chapter 13**

      **Debtor.**

**TRUSTEE'S MOTION TO DISMISS CASE AND NOTICE OF HEARING**

      Kelly M. Barnhart, Chapter 13 Trustee (the "**Trustee**"), moves the United States Bankruptcy Court (the "**Court**") to dismiss the bankruptcy case of Daniel Roy Tucker (the "**Debtor**"), and in support thereof, states as follows:

      1.      The Debtor filed a voluntary petition for bankruptcy relief under Chapter 13 of Title 11 of the United States Code (the "**Bankruptcy Code**") with this Court on July 24, 2025, and relief was ordered.

      2.      The Trustee was appointed on July 25, 2025.

      3.      On August 21, 2025, the Debtor filed a chapter 13 plan (the "**Plan**"), wherein the Debtor proposes to pay, for the benefit of creditors with allowed claims, $150.00 per month for 3 months, then $540.00 per month for 57 months, for total funding of $31,230.00.

      4.      As of the date of filing of this Motion, the Debtor has not commenced making the payments proposed in the Plan.

      5.      Due to the Debtor's failure to comply with the terms of the Plan, cause exists for dismissal of the case under § 1307.

      WHEREFORE, the Trustee prays that this Court dismisses the Debtor's case, and for such other and further relief that this Court deems right and proper.

Dated: September 9, 2025     **Kelly M. Barnhart**
                                                              **Chapter 13 Trustee**

                                                              */s/Kelly M. Barnhart*

Kelly M. Barnhart, VSB No. 65246
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
Telephone – (757) 233-8294 and (757) 226-0287
Facsimile - (757) 333-3434
kbarnhart@kmbch13.com

### CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2025, the foregoing Motion is being served via the Court's CM/ECF/NextGen system to all registered users who have been designated to receive filings in this case, including counsel for the Debtor, Steve C. Taylor, Esquire.

                                                                          */s/Kelly M. Barnhart*